■ LAURENCE DRAPER, as Administrator of the Estate of KRISTINE M. DRAPER, Deceased, Respondent, v FAXTON-ST. LUKE'S HEALTH CARE, Doing Business as Subsidiary of Mohawk Valley Network, Inc., et al., Defendants, and JOHN M. McKENNAN, M.D., et al., Appellants. [842 NYS2d 352]—Appeal from an order of the Supreme Court, Oneida County (Robert F. Julian, J.), entered October 31, 2006. The order, insofar as appealed from, directed defendants John M. McKennan, M.D. and Oxford Medical Imaging, P.C. to deliver certain original x-ray films to the Chief Clerk of the Court upon completion of all depositions.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs. Present—Martoche, J.P., Smith, Peradotto, Green and Pine, JJ.

■ LOUIS E. EZE, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 111480.) [841 NYS2d 814]—Appeal from an order of the Court of Claims (Michael E. Hudson, J.), entered May 18, 2006. The order granted defendant's motion for summary judgment dismissing the claim and denied claimant's cross motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Martoche, J.P., Smith, Peradotto, Green and Pine, JJ.